**Order entered January 12, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01258-CV

**RENATE NIXDORF GMBH & CO. KG, ET AL., Appellants**

**V.**

**MIDLAND INVESTORS, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-10153**

## ORDER

We **GRANT** appellants' January 7, 2015 second motion for an extension of time to file a brief. Appellants shall file a brief by **FEBRUARY 5, 2015**. We caution appellants that no further extension will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE